IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 2:11-CV-407-DF |
| BP AMERICA, INC., et al. | | |
| Defendants. | | |

## ORDER GRANTING DEFENDANT GIANT EAGLE'S MOTION TO DISMISS

On this date, the Court considered Defendant Giant Eagle's Motion to Dismiss for Lack of Personal Jurisdiction and Joinder in Co-Defendants' Pending Motions to Dismiss. After considering the motion and briefing, including the evidence submitted therewith, the Court finds that the motion should be GRANTED (Dkt. __) and Giant Eagle is DISMISSED from this action.