IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. |
| v. | § | 2:11-cv-00407-MHS |
| | § | |
| BP AMERICA, INC., *et al.*, | § | Jury Trial Demanded |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING
## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Stipulated Motion for Dismissal with Prejudice (Doc. No. 295) of all claims and counterclaims asserted between Plaintiff LBS Innovations, LLC and Defendant H.E.B., Inc. is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff LBS Innovations, LLC and Defendant H.E.B., Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

**SIGNED this 6th day of November, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE