GENERAL ORDER NO. 13-3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

# GENERAL ORDER REGARDING PENDING CASE TRANSFERS

The attached pending cases are hereby TRANSFERRED to the specified judges to conform pending caseloads to the case assignment ratios contained in General Order 13-2. **Appendix A** lists the pending Texarkana Division cases that are being transferred from Judge Rodney Gilstrap to Judge Michael Schneider. All cases on this list that were previously referred to Judge Roy Payne are hereby referred to Judge Caroline Craven. **Appendix B** lists the pending Tyler Division cases that are being transferred from me to Judge Schneider. All cases on this list that were previously referred to Judge John Love will remain referred to him. **Appendix C** contains the pending Marshall Division cases that are being transferred from Judge Schneider to Judge Gilstrap. All cases on this list that were previously referred to Judge Craven are hereby referred to Judge Payne. **Appendix D** is an Addendum regarding the Tyler and Texarkana cases listed in Appendixes A and B that have been transferred to Judge Schneider. **Appendix E** is an Addendum regarding the Marshall cases listed in Appendix C that have been transferred to Judge Gilstrap.

As to the cases reassigned to Judge Schneider in Appendixes A and B, the parties and their counsel are ORDERED and DIRECTED to comply with the directives and instructions set forth in Appendix D.

As to the cases reassigned to Judge Gilstrap in Appendix C, the parties and their counsel are ORDERED and DIRECTED to comply with the directives and instructions that are set forth in Appendix E.

In light of the above, this general order will be filed as an order in the cases specified in Appendixes A, B and C.

1

**FOR THE COURT**:

Signed this 14th day of January, 2013.

_____
LEONARD DAVIS
Chief Judge

**APPENDIX A:**

**PENDING TEXARKANA CASES TRANSFERRED FROM JUDGE GILSTRAP  TO JUDGE SCHNEIDER:**

5:09-cv-00186-MHS Richardson et al v. Bridges et al
5:10-cv-00180-MHS Moore v. The State Of Texas et al
5:11-cv-00160-MHS Puckett v. Clarksville Independent School District et al
5:12-cv-00022-MHS-CMC Salter v. Nickerson et al
5:12-cv-00030-MHS-CMC Tefteller v. Commissioner of SSA
5:12-cv-00067-MHS-CMC Sanders v. Commissioner of SSA
5:12-cv-00068-MHS Wheeler v. Delta County Sheriff's Office et al
5:12-cv-00094-MHS-CMC Arriaga-Guerrero v. US Attorney General et al
5:12-cv-00116-MHS-CMC Forte v. Commissioner of SSA
5:12-cv-00126-MHS-CMC Daniels v. Commissioner of SSA
5:13-cv-00001-MHS-CMC Amen-Ra v. Williams et al

**APPENDIX B:**

# PENDING TYLER CASES TRANSFERRED FROM CHIEF JUDGE DAVIS TO JUDGE SCHNEIDER:

| | |
|---|---|
| 6:12-cv-00022-MHS | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. et al |
| 6:12-cv-00122-MHS | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. et al |
| 6:12-cv-00123-MHS | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. et al |
| 6:12-cv-00124-MHS | Adaptix, Inc. v. Apple, Inc. et al |
| 6:12-cv-00125-MHS | Adaptix, Inc. v. Apple, Inc. et al |
| 6:13-cv-00028-MHS | Adaptix, Inc. v. Apple, Inc. et al |
| 6:12-cv-00017-MHS | Adaptix, Inc. v. AT&T, Inc. et al |
| 6:12-cv-00019-MHS | Adaptix, Inc. v. AT&T, Inc. et al |
| 6:12-cv-00120-MHS | Adaptix, Inc. v. Cellco Partnership et al |
| 6:12-cv-00121-MHS | Adaptix, Inc. v. Cellco Partnership et al |
| 6:13-cv-00049-MHS | Adaptix, Inc. v. Ericsson, Inc. et |
| 6:12-cv-00016-MHS | Adaptix, Inc. v. Motorola Mobility LLC et al |
| 6:12-cv-00020-MHS | Adaptix, Inc. v. Pantech Wireless, Inc. et al |
| 6:12-cv-00369-MHS | Adaptix, Inc. v. T-Mobile USA, Inc. |
| 6:12-cv-00411-MHS | American Vehicular Sciences LLC v. BMW GROUP a/k/a BMW AG et al |
| 6:12-cv-00412-MHS | American Vehicular Sciences LLC v. BMW GROUP a/k/a BMW AG et al |
| 6:12-cv-00413-MHS | American Vehicular Sciences LLC v. BMW GROUP a/k/a BMW AG et al |
| 6:12-cv-00414-MHS | American Vehicular Sciences LLC v. BMW GROUP a/k/a BMW AG et al |
| 6:12-cv-00415-MHS | American Vehicular Sciences LLC v. BMW GROUP a/k/a BMW AG et al |
| 6:12-cv-00776-MHS | American Vehicular Sciences LLC v. Hynndai Motor Company, et al |
| 6:12-cv-00774-MHS | American Vehicular Sciences LLC v. Hyundai Motor Company et al |
| 6:12-cv-00775-MHS | American Vehicular Sciences LLC v. Hyundai Motor Company et al |
| 6:12-cv-00404-MHS-JDL | American Vehicular Sciences LLC v. Toyota Motor Corporation et al |
| 6:12-cv-00405-MHS-JDL | American Vehicular Sciences LLC v. Toyota Motor Corporation et al |
| 6:12-cv-00406-MHS-JDL | American Vehicular Sciences LLC v. Toyota Motor Corporation et al |
| 6:12-cv-00407-MHS-JDL | American Vehicular Sciences LLC v. Toyota Motor Corporation et al |
| 6:12-cv-00408-MHS-JDL | American Vehicular Sciences LLC v. Toyota Motor Corporation et al |
| 6:12-cv-00409-MHS-JDL | American Vehicular Sciences LLC v. Toyota Motor Corporation et al |
| 6:12-cv-00410-MHS-JDL | American Vehicular Sciences LLC v. Toyota Motor Corporation et al |
| 6:12-cv-00008-MHS | ARM Ltd. et al v. MOSAID Technologies, Inc. |
| 6:12-cv-00751-MHS | Azure Networks LLC et al v. Acer America Corporation et al |
| 6:12-cv-00752-MHS | Azure Networks LLC et al v. Asus Computer International et al |
| 6:11-cv-00139-MHS-JDL | Azure Networks LLC et al v. CSR plc et al |
| 6:12-cv-00753-MHS | Azure Networks LLC et al v. Dell, Inc. |

| | |
|---|---|
| 6:12-cv-00757-MHS | Azure Networks LLC et al v. Hewlett-Packard Company |
| 6:12-cv-00749-MHS | Azure Networks LLC et al v. HTC America, Inc. et al |
| 6:12-cv-00756-MHS | Azure Networks LLC et al v. Intel Corporation |
| 6:12-cv-00748-MHS | Azure Networks LLC et al v. Lenovo (United States) Inc. |
| 6:12-cv-00747-MHS et al | Azure Networks LLC et al v. LG Electronics Mobilecomm U.S.A., Inc. |
| 6:12-cv-00252-MHS | Azure Networks LLC et al v. MediaTek Inc. |
| 6:12-cv-00754-MHS | Azure Networks LLC et al v. Pantech Wireless, Inc. et al |
| 6:12-cv-00745-MHS LLC et al | Azure Networks LLC et al v. Samsung Telecommunications America |
| 6:12-cv-00746-MHS | Azure Networks LLC et al v. Sony Electronics Inc. et al |
| 6:12-cv-00755-MHS Inc. et al | Azure Networks LLC et al v. Toshiba America Information Systems, |
| 6:12-cv-00750-MHS | Azure Networks LLC et al v. Vizio, Inc. |
| 6:12-cv-00837-MHS | Blue Calypso, Inc. v. Foursquare Labs, Inc. |
| 6:12-cv-00486-MHS | Blue Calypso, Inc. v. Groupon, Inc. |
| 6:12-cv-00786-MHS | Blue Calypso, Inc. v. Izea, Inc. |
| 6:12-cv-00838-MHS | Blue Calypso, Inc. v. MyLikes Inc. |
| 6:12-cv-00788-MHS | Blue Calypso, Inc. v. Yelp, Inc. |
| 6:12-cv-00685-MHS | Blue Spike, LLC v. 3M Cogent, Inc. |
| 6:13-cv-00037-MHS | Blue Spike, LLC v. Accu-Time Systems, Inc. |
| 6:12-cv-00582-MHS | Blue Spike, LLC v. ACTV8, Inc. |
| 6:12-cv-00564-MHS | Blue Spike, LLC v. Adobe Systems, Inc. |
| 6:13-cv-00038-MHS | Blue Spike, LLC v. Animetrics, Inc. |
| 6:12-cv-00686-MHS | Blue Spike, LLC v. Antheus Technology, Inc. |
| 6:13-cv-00039-MHS | Blue Spike, LLC v. Anviz Global, Inc. |
| 6:13-cv-00040-MHS | Blue Spike, LLC v. AOptix Technologies, Inc. |
| 6:13-cv-00044-MHS | Blue Spike, LLC v. Asure Software, Inc. |
| 6:12-cv-00540-MHS | Blue Spike, LLC v. Attributor Corporation |
| 6:12-cv-00576-MHS | Blue Spike, LLC v. Audible Magic Corporation et al |
| 6:12-cv-00687-MHS | Blue Spike, LLC v. Aware, Inc. |
| 6:12-cv-00648-MHS | Blue Spike, LLC v. BioLink Solutions Ltd. et al |
| 6:13-cv-00045-MHS | Blue Spike, LLC v. Biometrika, s.r.l. et al |
| 6:12-cv-00682-MHS | Blue Spike, LLC v. BMAT Licensing, S.L. |
| 6:12-cv-00586-MHS | Blue Spike, LLC v. Broadcast Music, Inc. et al |
| 6:12-cv-00594-MHS | Blue Spike, LLC v. CBS Interactive, Inc. et al |
| 6:12-cv-00557-MHS | Blue Spike, LLC v. Civolution USA, Inc. et al |
| 6:12-cv-00595-MHS | Blue Spike, LLC v. Clear Channel Broadcasting, Inc. |
| 6:13-cv-00047-MHS | Blue Spike, LLC v. Daon, Inc. |
| 6:13-cv-00053-MHS | Blue Spike, LLC v. DERMALOG Identification Systems, GmbH, et al |
| 6:13-cv-00054-MHS | Blue Spike, LLC v. Futronic Technology Co., Ltd. et al |
| 6:13-cv-00055-MHS | Blue Spike, LLC v. Iritech, Inc. |
| 6:13-cv-00056-MHS | Blue Spike, LLC v. Nitgen & Co., Ltd. |
| 6:13-cv-00057-MHS | Blue Spike, LLC v. Suprema, Inc., et al |

| | |
|---|---|
| 6:13-cv-00058-MHS | Blue Spike, LLC v. Sonda Technologies, Ltd. |
| 6:13-cv-00059-MHS | Blue Spike, LLC v. SpeechPro, Inc. et al |
| 6:12-cv-00759-MHS | Blue Spike, LLC v. DigitalPersona Corporation |
| 6:12-cv-00527-MHS | Blue Spike, LLC v. Free Stream Media Corp. |
| 6:12-cv-00616-MHS | Blue Spike, LLC v. Fujitsu America, Inc. et al |
| 6:12-cv-00610-MHS | Blue Spike, LLC v. Fulcrum Biometrics, LLC et al |
| 6:12-cv-00558-MHS | Blue Spike, LLC v. Google Inc. |
| 6:12-cv-00645-MHS | Blue Spike, LLC v. Green Bit, Inc. et al |
| 6:12-cv-00651-MHS | Blue Spike, LLC v. Griaule Technology LLC |
| 6:12-cv-00688-MHS | Blue Spike, LLC v. ImageWare Systems, Inc. |
| 6:12-cv-00647-MHS | Blue Spike, LLC v. Innovatrics s.r.o. et al |
| 6:12-cv-00652-MHS | Blue Spike, LLC v. Integrated Biometrics, LLC |
| 6:12-cv-00502-MHS | Blue Spike, LLC v. iPharro Media, Inc et al |
| 6:12-cv-00567-MHS | Blue Spike, LLC v. Irdeto USA, Inc. et al |
| 6:12-cv-00680-MHS | Blue Spike, LLC v. L-1 Identity Solutions, Inc. et al |
| 6:12-cv-00681-MHS | Blue Spike, LLC v. Lumidigm, Inc. |
| 6:12-cv-00544-MHS | Blue Spike, LLC v. Miranda Technologies, Inc. et al |
| 6:12-cv-00690-MHS | Blue Spike, LLC v. NEC Corporation of America et al |
| 6:12-cv-00529-MHS | Blue Spike, LLC v. Peer Media Technologies, Inc. |
| 6:12-cv-00694-MHS | Blue Spike, LLC v. Precise Biometrics, Inc. et al |
| 6:12-cv-00577-MHS | Blue Spike, LLC v. Rovi Corporation et al |
| 6:12-cv-00607-MHS | Blue Spike, LLC v. SecuGen Corporation |
| 6:12-cv-00500-MHS | Blue Spike, LLC v. Shazam Entertainment Ltd. |
| 6:12-cv-00581-MHS | Blue Spike, LLC v. SMRTV, Inc. |
| 6:12-cv-00537-MHS | Blue Spike, LLC v. SoundHound, Inc. |
| 6:12-cv-00598-MHS | Blue Spike, LLC v. Soundmouse Ltd. |
| 6:12-cv-00572-MHS | Blue Spike, LLC v. Technicolor USA, Inc. et al |
| 6:12-cv-00499-MHS | Blue Spike, LLC v. Texas Instruments, Inc. |
| 6:12-cv-00528-MHS | Blue Spike, LLC v. The Echo Nest Corporation |
| 6:12-cv-00587-MHS | Blue Spike, LLC v. The Nielsen Company (US) LLC |
| 6:12-cv-00533-MHS | Blue Spike, LLC v. TuneSat, LLC |
| 6:12-cv-00684-MHS | Blue Spike, LLC v. TV Interactive Systems, Inc. |
| 6:12-cv-00646-MHS | Blue Spike, LLC v. TvTak USA, Inc. et al |
| 6:12-cv-00565-MHS | Blue Spike, LLC v. Umami Co. |
| 6:12-cv-00534-MHS | Blue Spike, LLC v. Vercury, Inc. |
| 6:12-cv-00526-MHS | Blue Spike, LLC v. Viggle, Inc., |
| 6:12-cv-00539-MHS | Blue Spike, LLC v. Vobile, Inc. |
| 6:12-cv-00570-MHS | Blue Spike, LLC v. WiOffer, LLC |
| 6:12-cv-00556-MHS | Blue Spike, LLC v. Yahoo! Inc. |
| 6:12-cv-00580-MHS | Blue Spike, LLC v. YouWeb, LLC et al |
| 6:12-cv-00568-MHS | Blue Spike, LLC v. Zeitera, LLC et al |
| 6:12-cv-00608-MHS | Blue Spike, LLC v. ZkTeco, Inc. et al |
| 6:12-cv-00495-MHS | EMG Technology, LLC v. 7-Eleven, Inc. |
| 6:12-cv-00903-MHS | EMG Technology, LLC v. Alcoa Inc. |

| | |
|---|---|
| 6:12-cv-00454-MHS | EMG Technology, LLC v. American Express Company |
| 6:12-cv-00259-MHS | EMG Technology, LLC v. Chrysler Group, LLC |
| 6:13-cv-00029-MHS | EMG Technology, LLC v. Coach, Inc |
| 6:12-cv-00453-MHS | EMG Technology, LLC v. Costco Wholesale Corporation |
| 6:12-cv-00505-MHS | EMG Technology, LLC v. Expedia, Inc. |
| 6:13-cv-00030-MHS | EMG Technology, LLC v. Foot Locker, Inc. et al |
| 6:12-cv-00439-MHS | EMG Technology, LLC v. Google Inc |
| 6:12-cv-00905-MHS | EMG Technology, LLC v. J.C. Penney Corporation, Inc. |
| 6:12-cv-00480-MHS | EMG Technology, LLC v. Mastercard Incorporated |
| 6:12-cv-00887-MHS | EMG Technology, LLC v. Motorola Mobility LLC |
| 6:12-cv-00740-MHS | EMG Technology, LLC v. The Goodyear Tire & Rubber Company |
| 6:12-cv-00904-MHS | EMG Technology, LLC v. The TJX Companies, Inc. |
| 6:12-cv-00543-MHS | EMG Technology, LLC v. The Vanguard Group, Inc. |
| 6:12-cv-00496-MHS | EMG Technology, LLC v. Travelocity.com LP |
| 6:12-cv-00741-MHS | EMG Technology, LLC v. Union Pacific Railroad Company |
| 6:13-cv-00031-MHS | EMG Technology, LLC v. Williams-Sonoma, Inc. et al |
| 6:12-cv-00783-MHS | Evolutionary Intelligence, LLC v. Apple Inc. |
| 6:12-cv-00784-MHS | Evolutionary Intelligence, LLC v. Facebook, Inc. |
| 6:12-cv-00785-MHS | Evolutionary Intelligence, LLC v. Foursquare Labs, Inc. |
| 6:12-cv-00787-MHS | Evolutionary Intelligence, LLC v. Groupon, Inc. |
| 6:12-cv-00789-MHS | Evolutionary Intelligence, LLC v. LivingSocial, Inc. |
| 6:12-cv-00790-MHS | Evolutionary Intelligence, LLC v. Millennial Media, Inc. |
| 6:12-cv-00791-MHS | Evolutionary Intelligence, LLC v. Sprint Nextel Corporation et al |
| 6:12-cv-00792-MHS | Evolutionary Intelligence, LLC v. Twitter, Inc. |
| 6:12-cv-00794-MHS | Evolutionary Intelligence, LLC v. Yelp, Inc. |
| 6:12-cv-00909-MHS | Landmark Technology LLC v. Applied Industrial Technologies Inc |
| 6:10-cv-00507-MHS | Landmark Technology LLC v. Blockbuster Inc |
| 6:12-cv-00108-MHS-JDL | Landmark Technology LLC v. Shoe Carnival, Inc. |
| 6:12-cv-00998-MHS | Landmark Technology v. Brinker International, Inc. et al |
| 6:12-cv-00930-MHS | Landmark Technology, LLC v. Airgas, Inc. |
| 6:12-cv-00672-MHS-JDL | Landmark Technology, LLC v. Ann Inc. |
| 6:12-cv-00931-MHS | Landmark Technology, LLC v. BELK, INC. |
| 6:12-cv-00997-MHS | Landmark Technology, LLC v. BlissWorld, LLC |
| 6:12-cv-00932-MHS | Landmark Technology, LLC v. Burberry Limited |
| 6:12-cv-00999-MHS | Landmark Technology, LLC v. Cache, Inc. |
| 6:12-cv-00248-MHS-JDL | Landmark Technology, LLC v. Delia's, Inc. |
| 6:12-cv-00952-MHS | Landmark Technology, LLC v. Fifth & Pacific Companies, Inc. et al |
| 6:12-cv-00911-MHS | Landmark Technology, LLC v. Henry Schein, Inc. |
| 6:12-cv-00933-MHS | Landmark Technology, LLC v. Jos. A. Bank Clothiers Inc. |
| 6:12-cv-00590-MHS-JDL | Landmark Technology, LLC v. Lumber Liquidators, Inc. |
| 6:12-cv-00606-MHS-JDL | Landmark Technology, LLC v. PetSmart, Inc. |
| 6:12-cv-00910-MHS | Landmark Technology, LLC v. Polaris Industries, Inc. |
| 6:12-cv-00735-MHS | Landmark Technology, LLC v. Redbox Automated Retail, LLC |
| 6:12-cv-00276-MHS-JDL | Landmark Technology, LLC v. The Leather Factory, LP |

6:12-cv-00671-MHS-JDL Landmark Technology, LLC v. Tractor Supply Company
6:12-cv-00593-MHS-JDL Landmark Technology, LLC v. Wolverine World Wide, Inc.
6:12-cv-00957-MHS     Lone Star WiFi LLC v. Legacy Stonebriar Hotel, Ltd., d/b/a Westin Stonebriar Hotel et al
6:11-cv-00685-MHS     MacroSolve, Inc. v. American Airlines, Inc.
6:12-cv-00743-MHS     MacroSolve, Inc. v. American Express Company
6:11-cv-00287-MHS-JDL MacroSolve, Inc. v. Antenna Software, Inc. et al
6:11-cv-00490-MHS-JDL MacroSolve, Inc. v. AT&T Inc. et al
6:11-cv-00686-MHS-JDL MacroSolve, Inc. v. Avis Rent A Car System, LLC
6:12-cv-00915-MHS     MacroSolve, Inc. v. Bed Bath & Beyond, Inc.
6:12-cv-00389-MHS-JDL MacroSolve, Inc. v. Cumulus Media, Inc.
6:12-cv-00980-MHS     MacroSolve, Inc. v. CVS Pharmacy, Inc.
6:12-cv-00979-MHS     MacroSolve, Inc. v. Dollar Thrifty Automotive Group, Inc. et al
6:12-cv-00416-MHS-JDL MacroSolve, Inc. v. Fareportal, Inc.
6:12-cv-00074-MHS-JDL MacroSolve, Inc. v. GEICO Insurance Agency, Inc. et al
6:12-cv-00976-MHS     MacroSolve, Inc. v. Home Depot U.S.A., Inc.
6:12-cv-00387-MHS-JDL MacroSolve, Inc. v. JetBlue Airways Corporation
6:12-cv-00385-MHS-JDL MacroSolve, Inc. v. LinkedIn Corporation
6:12-cv-00046-MHS-JDL MacroSolve, Inc. v. newegg
6:12-cv-00744-MHS     MacroSolve, Inc. v. Redbox Automated Retail, LLC
6:12-cv-00916-MHS     MacroSolve, Inc. v. Sears Holdings Management Corporation et al
6:12-cv-00977-MHS     MacroSolve, Inc. v. SkyMall, Inc.
6:12-cv-00917-MHS     MacroSolve, Inc. v. Starwood Hotels & Resorts Worldwide, Inc.
6:12-cv-00978-MHS     MacroSolve, Inc. v. SuperShuttle International Corp.
6:12-cv-00418-MHS-JDL MacroSolve, Inc. v. Target Corporation
6:12-cv-00975-MHS     MacroSolve, Inc. v. Walgreen Co.
6:11-cv-00523-MHS     MacroSolve, Inc. v. Whoop, Inc.
6:11-cv-00173-MHS     Mosaid Technologies Inc. v. Freescale Semiconductor, Inc. et al
6:12-cv-00846-MHS     Mosaid Technologies Inc. v. NXP Semiconductors USA, Inc.
6:12-cv-00845-MHS     Mosaid Technologies Inc. v. ST-ERICSSON, INC.
6:12-cv-00848-MHS     Mosaid Technologies Inc. v. STMicroelectronics, Inc.
6:12-cv-00847-MHS     Mosaid Technologies Inc. v. Xilinx, Inc.,
6:12-cv-00243-MHS     NobelBiz, Inc. v. Five 9, Inc.
6:12-cv-00244-MHS     NobelBiz, Inc. v. Global Connect, L.L.C.
6:12-cv-00831-MHS     NobelBiz, Inc. v. Intelligent Contacts, Inc.
6:12-cv-00246-MHS     NobelBiz, Inc. v. LiveVox Inc.
6:12-cv-00247-MHS     NobelBiz, Inc. v. T C N, Inc.
6:12-cv-00660-MHS     PersonalWeb Technologies LLC et al v. Apple Inc.
6:12-cv-00662-MHS     PersonalWeb Technologies LLC et al v. Facebook Inc.
6:12-cv-00661-MHS     PersonalWeb Technologies LLC et al v. International Business Machines Corporation
6:12-cv-00663-MHS     PersonalWeb Technologies LLC et al v. Microsoft Corporation
6:12-cv-00659-MHS     PersonalWeb Technologies LLC et al v. Rackspace US, Inc. et al
6:12-cv-00658-MHS     PersonalWeb Technologies LLC et al v. Yahoo! Inc.

| | |
|---|---|
| 6:11-cv-00658-MHS | PersonalWeb Technologies LLC v. Amazon Web Services LLC et al |
| 6:11-cv-00683-MHS | PersonalWeb Technologies LLC v. Autonomy, Inc. |
| 6:11-cv-00659-MHS | PersonalWeb Technologies LLC v. Caringo, Inc. |
| 6:11-cv-00660-MHS | PersonalWeb Technologies LLC v. EMC Corporation et al |
| 6:11-cv-00656-MHS | PersonalWeb Technologies LLC v. Google, Inc. et al |
| 6:11-cv-00655-MHS | PersonalWeb Technologies LLC v. NEC Corporation of America, Inc. |
| 6:11-cv-00657-MHS | PersonalWeb Technologies LLC v. NetApp, Inc. |
| 6:12-cv-00869-MHS | PrivaCash, Inc. v. American Express Travel Related Services Company, Inc. et al |
| 6:11-cv-00677-MHS | Profectus Technology LLC v. Acer Inc. et al |
| 6:12-cv-00178-MHS | Profectus Technology LLC v. Eastman Kodak Company |
| 6:11-cv-00676-MHS | Profectus Technology LLC v. Hewlett-Packard Company et al |
| 6:11-cv-00474-MHS | Profectus Technology LLC v. Huawei Technologies Co., Ltd. et al |
| 6:11-cv-00674-MHS | Profectus Technology LLC v. Motorola Mobility, LLC. |
| 6:11-cv-00675-MHS | Profectus Technology LLC v. Motorola Solutions, Inc. |
| 6:12-cv-00719-MHS | SmartFit Solutions, LLC v. Amazon.com Inc |
| 6:12-cv-00717-MHS | SmartFit Solutions, LLC v. AYC, LLC |
| 6:12-cv-00705-MHS | SmartFit Solutions, LLC v. BH North America Corporation |
| 6:12-cv-00731-MHS | SmartFit Solutions, LLC v. BJ's Wholesale Club Inc |
| 6:12-cv-00714-MHS | SmartFit Solutions, LLC v. Body Works Fitness Equipment Inc |
| 6:12-cv-00724-MHS | SmartFit Solutions, LLC v. Costco Wholesale Corporation |
| 6:12-cv-00726-MHS | SmartFit Solutions, LLC v. Dick's Sporting Goods Inc |
| 6:12-cv-00713-MHS | SmartFit Solutions, LLC v. Eclat Inc |
| 6:12-cv-00702-MHS | SmartFit Solutions, LLC v. Equinox Holdings Inc |
| 6:12-cv-00728-MHS | SmartFit Solutions, LLC v. ESPN Inc |
| 6:12-cv-00718-MHS | SmartFit Solutions, LLC v. Fit Supply LLC |
| 6:12-cv-00716-MHS | SmartFit Solutions, LLC v. Fitness in Motion, et al |
| 6:12-cv-00703-MHS | SmartFit Solutions, LLC v. Fitness Unlimited |
| 6:12-cv-00712-MHS | SmartFit Solutions, LLC v. Freemotion Fitness Inc |
| 6:12-cv-00730-MHS | SmartFit Solutions, LLC v. General Nutrition Centers Inc |
| 6:12-cv-00706-MHS | SmartFit Solutions, LLC v. Icon Health & Fitness Inc |
| 6:12-cv-00715-MHS | SmartFit Solutions, LLC v. Internetfitness Inc |
| 6:12-cv-00732-MHS | SmartFit Solutions, LLC v. Kmart Corporation |
| 6:12-cv-00704-MHS | SmartFit Solutions, LLC v. Life Fitness International Sales Inc |
| 6:12-cv-00722-MHS | SmartFit Solutions, LLC v. Modell's Sporting Goods Inc |
| 6:12-cv-00720-MHS | SmartFit Solutions, LLC v. Overstock.com |
| 6:11-cv-00487-MHS | SmartFit Solutions, LLC v. PaceMaster, LLC et al |
| 6:12-cv-00721-MHS | SmartFit Solutions, LLC v. PCE Fitness |
| 6:12-cv-00723-MHS | SmartFit Solutions, LLC v. QVC Inc |
| 6:12-cv-00725-MHS | SmartFit Solutions, LLC v. Sears Roebuck and Company |
| 6:12-cv-00727-MHS | SmartFit Solutions, LLC v. Sports Authority Inc |
| 6:12-cv-00711-MHS | SmartFit Solutions, LLC v. Sportsarts Inc |
| 6:12-cv-00729-MHS | SmartFit Solutions, LLC v. Toys R US Inc |
| 6:12-cv-00709-MHS | SmartFit Solutions, LLC v. True Fitness Technology |

6:12-cv-00733-MHS     SmartFit Solutions, LLC v. Wayfair LLC
6:12-cv-00366-MHS-JDL U.S. Ethernet Innovations, LLC v. Cirrus Logic, Inc. et al
6:12-cv-00351-MHS-JDL U.S. Ethernet Innovations, LLC v. Digi International Inc. et al
6:12-cv-00329-MHS-JDL U.S. Ethernet Innovations, LLC v. Konica Minolta Business Solutions U.S.A., Inc. et al
6:12-cv-00399-MHS-JDL U.S. Ethernet Innovations, LLC v. Netgear, Inc.
6:12-cv-00235-MHS-JDL U.S. Ethernet Innovations, LLC v. Ricoh Americas Corporation
6:12-cv-00398-MHS-JDL U.S. Ethernet Innovations, LLC v. Samsung Electronics Co., Ltd. et al
6:12-cv-00330-MHS-JDL U.S. Ethernet Innovations, LLC v. Sharp Electronics Corporation
6:12-cv-00481-MHS-JDL U.S. Ethernet Innovations, LLC v. STMicroelectronics N.V. et al
6:11-cv-00491-MHS-JDL U.S. Ethernet Innovations, LLC v. Texas Instruments Incorporated et al
6:12-cv-00236-MHS-JDL U.S. Ethernet Innovations, LLC v. Trendnet, Inc.
6:12-cv-00237-MHS-JDL U.S. Ethernet Innovations, LLC v. Xerox Corporation

## APPENDIX C:

## PENDING MARSHALL CASES TRANSFERRED FROM JUDGE SCHNEIDER TO JUDGE GILSTRAP:

2:10-cv-00064-JRG-RSP  Phoenix Licensing, L.L.C. et al v. ING Bank FSB et al
2:10-cv-00123-JRG-RSP Pipkins et al v. Sandia Drilling Company et al
2:10-cv-00133-JRG-RSP Datatern, Inc. v. Staples, Inc. et al
2:10-cv-00145-JRG-RSP Traffic Information, LLC v. Huawei Technologies Co., Ltd. et al
2:10-cv-00265-JRG GeoTag Inc v. Frontier Communications Corp et al
2:10-cv-00272-JRG GeoTag Inc. v. Yellowpages.com LLC
2:10-cv-00413-JRG-RSP Datatern, Inc. v. Eli Lilly and Company et al
2:10-cv-00446-JRG-RSP TQP Development, LLC v. Dell Inc. et al
2:10-cv-00520-JRG-RSP Traffic Information, L.L.C. v. Commtiva Technology Corporation et al
2:10-cv-00569-JRG GeoTag Inc v Georgio Armani SPA et al
2:10-cv-00570-JRG GeoTag Inc v. Aromatique Inc et al
2:10-cv-00571-JRG GeoTag Inc v. Gucci America Inc et al
2:10-cv-00573-JRG GeoTag Inc v. Rent-A-Center Inc et al
2:10-cv-00575-JRG GeoTag Inc v. Royal Purple Inc et al
2:10-cv-00587-JRG GEOTAG, INC. v. YAKIRA, L.L.C. et al
2:11-cv-00030-JRG-RSP C-Cation Technologies, LLC v. Comcast Corporation et al
2:11-cv-00054-JRG-RSP SynQor, Inc. v. Ericsson, Inc. et al
2:11-cv-00056-JRG Levine v. Casio America, Inc. et al
2:11-cv-00142-JRG LBS Innovations LLC v. Aaron Brothers, Inc. et al
2:11-cv-00175-JRG GeoTag Inc v. Where 2 Get It Inc et al
2:11-cv-00193-JRG Internet Machines MC LLC v. PLX TECHNOLOGY, INC. et al
2:11-cv-00203-JRG-RSP DataTern, Inc. v. Abbott Laboratories et al
2:11-cv-00229-JRG-RSP Beneficial Innovations, Inc. v. Advance Publications, Inc. et al
2:11-cv-00248-JRG-RSP TQP Development LLC vs v. 1-800-Flowers.com Inc et al
2:11-cv-00249-JRG-RSP TQP Development, LLC v. Allianz Life Insurance Company of North America et al
2:11-cv-00306-JRG-RSP Paid Search Engine Tools, LLC v. Google, Inc. et al
2:11-cv-00343-JRG-RSP Traffic Information, LLC v. Bank of America Corporation et al
2:11-cv-00397-JRG-RSP TQP Development, LLC v. CHS, Inc.
2:11-cv-00398-JRG-RSP TQP Development, LLC v. Alaska Air Group, Inc. et al
2:11-cv-00399-JRG-RSP TQP Development, LLC v. Directv, Inc. et al
2:11-cv-00401-JRG-RSP Droplets, Inc. v. eBay, Inc. et al
2:11-cv-00404-JRG GeoTag Inc. v. Eye Care Centers of America, Inc.
2:11-cv-00407-JRG LBS Innovations LLC v. BP America Inc et al
2:11-cv-00409-JRG LBS Innovations LLC v. Sally Beauty Supply LLC et al
2:11-cv-00412-JRG-RSP Traffic Information, LLC v. BBVA Compass Bancshares, Inc. et al
2:11-cv-00416-JRG SimpleAir, Inc. v. Microsoft Corporation et al
2:11-cv-00420-JRG-RSP Traffic Information, LLC v. Flixster, Inc. et al
2:11-cv-00421-JRG GeoTag Inc. v. AMERCO et al

2:11-cv-00424-JRG GeoTag Inc. v. 7-Eleven, Inc. et al
2:11-cv-00425-JRG GeoTag Inc. v. Sunbelt Rentals, Inc.
2:11-cv-00429-JRG-RSP Matthews et al v. GeneraL Motors LLC
2:11-cv-00444-JRG-RSP SynQor, Inc. et al v. Artesyn Technologies, Inc. et al
2:11-cv-00466-JRG-RSP Hasken et al v General Motors LLC
2:11-cv-00523-JRG-RSP Jones v. General Motors LLC
2:12-cv-00040-JRG PT Diagnostics, LLC v. Deutsche Lufthansa AG et al
2:12-cv-00043-JRG Geotag, Inc. v. Canon Inc. et al
2:12-cv-00053-JRG-RSP TQP Development, LLC v. British Airways, PLC
2:12-cv-00054-JRG-RSP TQP Development, LLC v. Priceline.com, Inc.
2:12-cv-00055-JRG-RSP TQP Development, LLC v. Branch Banking and Trust Company
2:12-cv-00059-JRG-RSP TQP Development, LLC v. McAfee, Inc.
2:12-cv-00061-JRG-RSP TQP Development, LLC v. Wells Fargo & Company
2:12-cv-00070-JRG-RSP TQP Development LLC v. TCF Financial Corporation
2:12-cv-00071-JRG-RSP TQP Development, LLC v. York Securites, Inc.
2:12-cv-00072-JRG-RSP TQP Development, LLC v. Security Service Federal Credit Union
2:12-cv-00138-JRG-RSP Pipkins et al v. State Farm Lloyds
2:12-cv-00149-JRG Where 2 Get It Inc v Geo Tag Inc
2:12-cv-00163-JRG-RSP Semiconductor Technologies LLC v. Micron Technology, Inc. et al
2:12-cv-00172-JRG Tallgrass Prairie Management, LLC v. Sophos Inc.
2:12-cv-00176-JRG-RSP TQP Development, LLC v. Cable One, Inc.
2:12-cv-00179-JRG-RSP TQP Development, LLC v. Dish Network L.L.C.
2:12-cv-00180-JRG-RSP TQP Development, LLC v. Intuit Inc.
2:12-cv-00181-JRG-RSP TQP Development, LLC v. Enterprise Holdings, Inc.
2:12-cv-00182-JRG-RSP TQP Development, LLC v. Travelocity.com LP
2:12-cv-00187-JRG-RSP TQP Development, LLC v. Indeed, Inc.
2:12-cv-00191-JRG-RSP TQP Development, LLC v. LinkedIn Corporation
2:12-cv-00192-JRG-RSP TQP Development, LLC v. Google Inc.
2:12-cv-00195-JRG-RSP TQP Development, LLC v. Sony Computer Entertainment America LLC
2:12-cv-00199-JRG-RSP TQP Development, LLC v. Fiserv, Inc.
2:12-cv-00251-JRG-RSP My Health Inc et al v ZeOmega Inc
2:12-cv-00258-JRG-RSP TQP Development, LLC v. Catalyst Corporate Federal Credit Union et al
2:12-cv-00262-JRG-RSP TQP Development, LLC v. Federal Express Corporation
2:12-cv-00281-JRG-RSP Wall et al v. A.W. Chesterton Company et al
2:12-cv-00285-JRG Frentress v. Brinker International, Inc.
2:12-cv-00327-JRG-RSP DietGoal Innovations LLC v. Bravo Media LLC (Division of NBC Universal Media, LLC)
2:12-cv-00330-JRG-RSP DietGoal Innovations LLC v. Scripps Network, LLC d/b/a Food.com
2:12-cv-00331-JRG-RSP DietGoal Innovations LLC v. General Mills Sales, Inc.
2:12-cv-00332-JRG-RSP DietGoal Innovations LLC v. Meredith Corporation
2:12-cv-00333-JRG-RSP DietGoal Innovations LLC v. Nestle Prepared Foods Company
2:12-cv-00336-JRG-RSP DietGoal Innovations LLC v. Taco Mayo Franchise Systems, Inc.

2:12-cv-00337-JRG-RSP DietGoal Innovations LLC v. Time, Inc.
2:12-cv-00338-JRG-RSP DietGoal Innovations LLC v. Tyson Foods, Inc.
2:12-cv-00339-JRG-RSP DietGoal Innovations LLC v. WebMD, LLC
2:12-cv-00340-JRG-RSP DietGoal Innovations LLC v. Whataburger Restaurants LLC
2:12-cv-00355-JRG-RSP InNova Patent Licensing, LLC v. AT&T Inc.
2:12-cv-00357-JRG-RSP InNova Patent Licensing, LLC v. Barracuda Networks, Inc.
2:12-cv-00358-JRG-RSP InNova Patent Licensing, LLC v. Cloudmark, Inc.
2:12-cv-00366-JRG-RSP InNova Patent Licensing, LLC v. Ipswitch, Inc.
2:12-cv-00367-JRG-RSP InNova Patent Licensing, LLC v. LinkedIn Corporation
2:12-cv-00370-JRG-RSP InNova Patent Licensing, LLC v. Microsoft Corp.
2:12-cv-00375-JRG-RSP InNova Patent Licensing, LLC v. Total Defense, Inc.
2:12-cv-00376-JRG-RSP InNova Patent Licensing, LLC v. Trend Micro Incorporated
2:12-cv-00391-JRG-RSP Droplets, Inc. v. Target Corporation et al
2:12-cv-00424-JRG-RSP TQP Development, LLC v. Gilt Groupe, Inc.
2:12-cv-00425-JRG-RSP TQP Development, LLC v. Ann Inc.
2:12-cv-00426-JRG-RSP TQP Development, LLC v. HRB Digital LLC
2:12-cv-00427-JRG-RSP TQP Development, LLC v. The Frost National Bank
2:12-cv-00428-JRG-RSP TQP Development, LLC v. Northern Trust Corporation
2:12-cv-00429-JRG-RSP TQP Development, LLC v. PlainsCapital Corporation
2:12-cv-00430-JRG-RSP TQP Development, LLC v. Prosperity Bancshares, Inc.
2:12-cv-00431-JRG-RSP TQP Development, LLC v. CARMAX BUSINESS SERVICES, LLC
2:12-cv-00436-JRG Geotag, Inc. v. American Apparel Inc.
2:12-cv-00437-JRG Geotag, Inc. v. Abercrombie & Fitch Co.
2:12-cv-00438-JRG Geotag, Inc. v. American Eagle Outfitters Inc.
2:12-cv-00439-JRG Geotag, Inc. v. Ann Inc.
2:12-cv-00441-JRG Geotag, Inc. v. Burleigh Point Ltd.
2:12-cv-00442-JRG Geotag, Inc. v. Catalogue Ventures, Inc.
2:12-cv-00443-JRG Geotag, Inc. v. Burberry Limited
2:12-cv-00444-JRG Geotag, Inc. v. Burlington Factory Warehouse Corporation
2:12-cv-00445-JRG Geotag, Inc. v. Cache Inc.
2:12-cv-00446-JRG Geotag, Inc. v. The William Carter Company
2:12-cv-00447-JRG Geotag, Inc. v. Charming Shoppes Inc.
2:12-cv-00448-JRG Geotag, Inc. v. Chico's FAS Inc.
2:12-cv-00449-JRG Geotag, Inc. v. Citi Trends Inc.
2:12-cv-00450-JRG Geotag, Inc. v. Claire's Boutiques, Inc.
2:12-cv-00451-JRG Geotag, Inc. v. Coldwater Creek Inc.
2:12-cv-00452-JRG Geotag, Inc. v. David's Bridal Inc.
2:12-cv-00453-JRG Geotag, Inc. v. Deb Shops Inc.
2:12-cv-00454-JRG Geotag, Inc. v. Delias Inc.
2:12-cv-00456-JRG Geotag, Inc. v. Diesel U.S.A. Inc.
2:12-cv-00457-JRG Geotag, Inc. v. Donna Karan International Inc.
2:12-cv-00458-JRG Geotag, Inc. v. LVMH Moet Hennessy Louis Vuitton Inc.
2:12-cv-00459-JRG Geotag, Inc. v. Dots, LLC
2:12-cv-00460-JRG Geotag, Inc. v. Draper's & Damon's Inc.

2:12-cv-00461-JRG Geotag, Inc. v. Eddie Bauer LLC
2:12-cv-00462-JRG Geotag, Inc. v. Esprit US Retail Limited
2:12-cv-00463-JRG Geotag, Inc. v. Factory Connection LLC
2:12-cv-00464-JRG Geotag, Inc. v. The Finish Line Inc.
2:12-cv-00465-JRG Geotag, Inc. v. Forever 21 Retail Inc.
2:12-cv-00466-JRG Geotag, Inc. v. Formal Specialists Ltd.
2:12-cv-00467-JRG Geotag, Inc. v. Frederick's of Hollywood Stores Inc.
2:12-cv-00468-JRG Geotag, Inc. v. Groupe Dynamite, Inc.
2:12-cv-00469-JRG Geotag, Inc. v. Guess? Retail Inc.
2:12-cv-00470-JRG Geotag, Inc. v. H&M Hennes & Mauritz LP
2:12-cv-00471-JRG Geotag, Inc. v. Hanesbrands Inc.
2:12-cv-00472-JRG Geotag, Inc. v. Hot Topic Inc.
2:12-cv-00473-JRG Geotag, Inc. v. Hugo Boss Fashion Inc.
2:12-cv-00474-JRG Geotag, Inc. v. J. Crew Group Inc.
2:12-cv-00475-JRG Geotag, Inc. v. Jimmy Jazz Inc.
2:12-cv-00476-JRG Geotag, Inc. v. Jos. A. Bank Clothiers Inc.
2:12-cv-00477-JRG Geotag, Inc. v. ALCO Stores Inc.
2:12-cv-00479-JRG Geotag, Inc. v. Bakers Footwear Group Inc.
2:12-cv-00480-JRG Geotag, Inc. v. Brown Shoe Company Inc.
2:12-cv-00481-JRG Geotag, Inc. v. Collective Brands Inc.
2:12-cv-00482-JRG Geotag, Inc. v. Crocs Inc.
2:12-cv-00483-JRG Geotag, Inc. v. DSW Inc.
2:12-cv-00484-JRG Geotag, Inc. v. Fleet Feet Inc.
2:12-cv-00486-JRG Geotag, Inc. v. Genesco Inc.
2:12-cv-00487-JRG Geotag, Inc. v. Heely's Inc.
2:12-cv-00488-JRG Geotag, Inc. v. Justin Boot Company
2:12-cv-00490-JRG-RSP TQP Development LLC v. Aflac Incorporated
2:12-cv-00502-JRG-RSP TQP Development, LLC v. The Weather Channel, LLC
2:12-cv-00503-JRG-RSP TQP Development, LLC v. Twitter, Inc.
2:12-cv-00504-JRG-RSP TQP Development, LLC v. Dow Jones & Company, Inc.
2:12-cv-00506-JRG-RSP TQP Development, LLC v. Net-a-Porter LLC
2:12-cv-00507-JRG-RSP TQP Development, LLC v. Simply Hired, Inc.
2:12-cv-00508-JRG-RSP TQP Development, LLC v. Pioneer Electronics (USA) Inc.
2:12-cv-00520-JRG Geotag, Inc. v. American Greetings Corporation
2:12-cv-00521-JRG Geotag, Inc. v. Hallmark Cards, Inc.
2:12-cv-00522-JRG Geotag, Inc. v. Hickory Farms Inc.
2:12-cv-00523-JRG Geotag, Inc. v. Spencer Gifts LLC
2:12-cv-00524-JRG Geotag, Inc. v. International Coffe & Tea, LLC
2:12-cv-00525-JRG Geotag, Inc. v. Things Remembered, Inc.
2:12-cv-00526-JRG Geotag, Inc. v. The Yankee Candle Company, Inc.
2:12-cv-00527-JRG Geotag, Inc. v. Bose Corporation
2:12-cv-00528-JRG Geotag, Inc. v. Guitar Center Inc.
2:12-cv-00529-JRG Geotag, Inc. v. Progressive Concepts Inc.
2:12-cv-00530-JRG Geotag, Inc. v. 24 Hour Fitness Worldwide Inc.

2:12-cv-00531-JRG Geotag, Inc. v. Bally Total Fitness Corporation
2:12-cv-00532-JRG Geotag, Inc. v. Bare Escentuals Inc.
2:12-cv-00533-JRG Geotag, Inc. v. BioScrip Inc.
2:12-cv-00534-JRG Geotag, Inc. v. Crabtree & Evelyn
2:12-cv-00535-JRG Geotag, Inc. v. Curves International Inc
2:12-cv-00536-JRG Geotag, Inc. v. Gold's Gym International Inc.
2:12-cv-00537-JRG Geotag, Inc. v. Great Clips Inc.
2:12-cv-00538-JRG Geotag, Inc. v. L.A. Fitness International LLC
2:12-cv-00539-JRG Geotag, Inc. et al v. Life Time Fitness Inc.
2:12-cv-00540-JRG GeoTag Inc. v. M.A.C. Cosmetics Inc.
2:12-cv-00541-JRG GeoTag Inc. v. Merle Norman Cosmetics
2:12-cv-00542-JRG GeoTag Inc. v. Vitamin Cottage Natural Food Markets, Inc.
2:12-cv-00543-JRG GeoTag Inc. v. Regis Corporation
2:12-cv-00544-JRG GeoTag Inc. v. Sally Beauty Supply LLC
2:12-cv-00545-JRG GeoTag Inc. v. Sephora USA Inc.
2:12-cv-00546-JRG GeoTag Inc. v. Toni&Guy USA, LLC
2:12-cv-00547-JRG GeoTag Inc. v. Ulta Salon, Cosmetics & Fragrance, Inc.
2:12-cv-00548-JRG GeoTag Inc. v. Vitamin Shoppe Industries, Inc.
2:12-cv-00549-JRG GeoTag Inc. v. Eyemart Express, Ltd.
2:12-cv-00550-JRG GeoTag Inc. v. Luxottica Retail North America Inc.
2:12-cv-00551-JRG GeoTag Inc. v. National Vision Inc.
2:12-cv-00552-JRG GeoTag Inc. v. U.S. Vision Inc.
2:12-cv-00555-JRG GeoTag Inc. v. Buth-Na-Bodhaige Inc
2:12-cv-00556-JRG GeoTag Inc. v. PSP Group, LLC
2:12-cv-00557-JRG GeoTag Inc. v. Ritz Interactive LLC
2:12-cv-00561-JRG-RSP DietGoal Innovations LLC v. Domino's Pizza, Inc.
2:12-cv-00562-JRG-RSP DietGoal Innovations LLC v. Wegmans Food Markets, Inc.
2:12-cv-00563-JRG-RSP DietGoal Innovations LLC v. Hearst Communications, Inc. d/b/a Seventeen Magazine
2:12-cv-00564-JRG-RSP DietGoal Innovations LLC v. QIP Holder LLC
2:12-cv-00565-JRG-RSP DietGoal Innovations LLC v. The Television Food Network GP et al
2:12-cv-00566-JRG-RSP DietGoal Innovations LLC v. Dunkin' Brands Group, Inc.
2:12-cv-00568-JRG-RSP DietGoal Innovations LLC v. El Pollo Loco Inc
2:12-cv-00570-JRG-RSP TQP Development, LLC v. Adobe Systems Incorporated
2:12-cv-00573-JRG-RSP TQP Development, LLC v. BNSF Railway Company
2:12-cv-00575-JRG-RSP TQP Development, LLC v. Dick's Sporting Goods, Inc.
2:12-cv-00576-JRG-RSP TQP Development, LLC v. JetBlue Airways Corporation
2:12-cv-00577-JRG-RSP TQP Development, LLC v. MLB Advanced Media, L.P.
2:12-cv-00578-JRG-RSP TQP Development, LLC v. NFL Enterprises LLC
2:12-cv-00579-JRG-RSP TQP Development, LLC v. Onkyo U.S.A. Corporation
2:12-cv-00581-JRG-RSP TQP Development, LLC v. Samsung Electronics America, Inc. et al
2:12-cv-00583-JRG-RSP TQP Development, LLC v. Victoria's Secret Direct Brand Management, LLC
2:12-cv-00585-JRG-RSP TQP Development, LLC v. ADT LLC

2:12-cv-00586-JRG-RSP TQP Development, LLC v. Avis Budget Group, Inc.
2:12-cv-00587-JRG-RSP TQP Development, LLC v. LivingSocial, Inc.
2:12-cv-00589-JRG-RSP TQP Development, LLC v. PetSmart Store Support Group, Inc.
2:12-cv-00591-JRG-RSP TQP Development, LLC v. TSA Stores, Inc.
2:12-cv-00592-JRG Lucas etal vs Chesapeake Exploration etal
2:12-cv-00604-JRG-RSP Capital Security Systems, Inc. v. JPMorgan Chase Bank, N.A. et al
2:12-cv-00609-JRG-RSP Stambler v. Capital One Financial Corporation et al
2:12-cv-00615-JRG-RSP Equal Employment Opportunity Commission v Sandia Drilling Co Ltd LLP et al
2:12-cv-00616-JRG-RSP TQP Development, LLC v. Ally Financial Inc.
2:12-cv-00617-JRG-RSP TQP Development, LLC v. Avon Products, Inc.
2:12-cv-00618-JRG-RSP TQP Development, LLC v. BestBuy.com, LLC
2:12-cv-00620-JRG-RSP TQP Development, LLC v. Electronic Arts Inc.
2:12-cv-00621-JRG-RSP TQP Development, LLC v. First Data Corporation
2:12-cv-00622-JRG-RSP TQP Development, LLC v. Kenexa Brassring, Inc.
2:12-cv-00645-JRG-RSP TQP Development, LLC v. Mattel, Inc. et al
2:12-cv-00646-JRG-RSP TQP Development, LLC v. MovieTickets.com, Inc.
2:12-cv-00647-JRG-RSP TQP Development, LLC v. OTC Direct, Inc.
2:12-cv-00648-JRG-RSP TQP Development, LLC v. Sierra Trading Post, Inc.
2:12-cv-00650-JRG-RSP TQP Development, LLC v. Sling Media, Inc.
2:12-cv-00651-JRG-RSP TQP Development, LLC v. SUPERVALU Inc.
2:12-cv-00652-JRG-RSP TQP Development v. Target Corporation
2:12-cv-00654-JRG-RSP TQP Development, LLC v. TracFone Wireless, Inc.
2:12-cv-00656-JRG-RSP TQP Development, LLC v. Yelp Inc.
2:12-cv-00657-JRG-RSP TQP Development, LLC v. Zones, Inc.
2:12-cv-00686-JRG N5 Technologies LLC v. Capital One Financial Corporation et al
2:12-cv-00702-JRG-RSP TQP Development, LLC v. The Hertz Corporation
2:12-cv-00721-JRG-RSP TQP Development, LLC v. Hughes Network Systems, LLC
2:12-cv-00722-JRG-RSP TQP Development, LLC v. Lululemon USA Inc.
2:12-cv-00724-JRG-RSP TQP Development, LLC v. Meebo, Inc.
2:12-cv-00726-JRG-RSP TQP Development, LLC v. Reed Elsevier Inc.
2:12-cv-00727-JRG-RSP TQP Development, LLC v. SureSource LLC
2:12-cv-00735-JRG LBS Innovations, LLC v. Alfred Angelo, Inc. et al
2:12-cv-00736-JRG-RSP DietGoal Innovations LLC v. Doctor's Associates, Inc
2:12-cv-00737-JRG-RSP DietGoal Innovations LLC v. Red Robin International, Inc.
2:12-cv-00745-JRG-RSP Oden Metro Turfing Inc v. Continental Casualty Co
2:12-cv-00759-JRG Microsoft Corporation vs LBS Innovations LLC
2:12-cv-00761-JRG-RSP DietGoal Innovations LLC v. Kellan Restaurant Management Corp. d/b/a 54th Street Grill & Bar
2:12-cv-00764-JRG-RSP DietGoal Innovations LLC v. Chipotle Mexican Grill, Inc.
2:12-cv-00766-JRG-RSP DietGoal Innovations LLC v. Einstein Noah Restaurant Group, Inc.
2:12-cv-00768-JRG-RSP DietGoal Innovations LLC v. Freshii
2:12-cv-00770-JRG-RSP DietGoal Innovations LLC v. Marco's Franchising, LLC
2:12-cv-00771-JRG-RSP DietGoal Innovations LLC v. Potbelly Sandwich Works, LLC

2:12-cv-00772-JRG-RSP DietGoal Innovations LLC v. CBC Restaurant Corp. d/b/a Corner Bakery Cafe
2:12-cv-00773-JRG-RSP DietGoal Innovations LLC v. DELI MANAGEMENT, INC. D/B/A JASON'S DELI
2:12-cv-00774-JRG-RSP DietGoal Innovations LLC v. Pita Pit USA, Inc.
2:12-cv-00775-JRG-RSP DietGoal Innovations LLC v. Taco John's International, Inc.
2:12-cv-00776-JRG-RSP DietGoal Innovations LLC v. Ufood Restaurant Group, Inc.
2:12-cv-00777-JRG-RSP DietGoal Innovations LLC v. Genghis Grill Franchise Concepts, LP
2:12-cv-00778-JRG-RSP DietGoal Innovations LLC v. Biglari Holdings Inc. et al
2:12-cv-00779-JRG-RSP DietGoal Innovations LLC v. Tropical Smoothie Cafe, LLC
2:12-cv-00799-JRG TQP Development, LLC v. Callidus Software, Inc.

## APPENDIX D:

### ADDENDUM REGARDING CASES ASSIGNED TO JUDGE SCHNEIDER

To facilitate efficient management of cases being assigned to United States District Judge Michael Schneider pursuant to the foregoing Order to which this addendum is attached, the parties to all such cases and their counsel of record are advised and directed that all scheduling orders, docket control orders, deadlines, and previously established procedures will remain in effect until further order of the Court. The reassignment of cases is not good cause for requesting a continuance or reconsideration of decisions and orders previously entered by the transferring court.

# APPENDIX E:

## ADDENDUM REGARDING CASES ASSIGNED TO JUDGE GILSTRAP

In order to facilitate the efficient management of those certain cases being assigned to United States District Judge Rodney Gilstrap pursuant to the foregoing Order to which this addendum is attached ("assigned cases") the parties to all such cases and their counsel of record are ordered and directed as follows:

### A. Continuance of Court Settings and Stay of Certain Deadlines

All evidentiary hearings, arguments, and other court appearances are hereby continued. All filing deadlines are stayed pending the entry of a new docket control order for a period of 45 days or until earlier Order of the Court. However, the parties must continue to provide all mandatory disclosures and discovery, and complete any scheduled depositions.

### B. File Joint Motion for a New Trial Date

Within 14 days of this Order, the Plaintiff shall file a Joint and Unopposed Motion for a New Trial Date on behalf of all parties. The Joint Motion for a New Trial Date must follow the same format as the model motion provided on the Court's website at http://www.txed.uscourts.gov/d/23681. The parties shall meet and confer and then jointly submit the motion, which must include the following information:

- Current Parties: The current parties in the case and their counsel of record.

- Future Settings: Existing Markman hearing, pretrial conference, jury selection, or trial dates as are currently set in this matter.

- Related Cases: A list of related cases pending before Judge Gilstrap, a description of how the cases are related, and a statement of whether the parties believe the cases should be consolidated for pre-trial purposes. A case is considered related to another when the cases concern substantially the same parties, property, transaction, or event. In patent cases, the description required above must include the asserted patents at issue in each related case.

- Mediation: A statement of whether a mediator has been appointed to the case, and if not, a request that the Court appoint a mediator or an agreed upon mediator acceptable to all of the current parties.

- Pending Motions: A list of pending motions, identified by title, case number and docket number, requiring the Court's attention.

- Motions that are Moot: A list of motions, identified by title and docket number, that are now moot. The Court intends to promptly enter an order denying such motions as moot.

- Other Issues Concerning Case Management: A brief description of any issues concerning case management that the parties believe are significant and should be brought to the Court's attention.

After the Court has considered the parties' motion, the Court will provide the parties with a jury selection date. In patent cases, a *Markman* hearing date will also be provided. The parties shall jointly submit a proposed docket control order, in the form of the Court's model docket control order, within seven (7) days of being provided with a jury selection date.

C.   **File Joint Motion for Entry of a Discovery Order**

Within fourteen (14) days of this Order, the Plaintiff shall file a Joint and Unopposed Motion for Entry of a Discovery Order. The parties are expected to meet and confer to jointly prepare and submit with such Motion a proposed discovery order that follows the model discovery order available on the Court's website. If, despite a good faith effort through the meet and confer process, the parties are unable to agree on a particular discovery order provision, then the parties shall file a Joint Motion for Entry of a Discovery Order which shall include therein their competing proposals, in a single motion, including an explanation of the parties' differing positions. In such case, the Court will consider the joint but un-agreed motion and enter a Discovery Order which addresses the areas of disagreement. The parties are excused from submitting a proposed discovery order if discovery in this case has been completed.