IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, § | | |
| § | | |
| *Plaintiff,* § | Civil Action No. 2:11-cv-00407-JRG-RSP |
| § | CONSOLIDATED |
| v. § | **Lead Case** |
| § | |
| BP AMERICA, INC., *et al.*, § | Jury Trial Demanded |
| § | |
| *Defendant.* § | |
| LBS INNOVATIONS, LLC, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 2:13-cv-00159-JRG-RSP |
| § | CONSOLIDATED |
| v. § | |
| § | Jury Trial Demanded |
| MARRIOTT INTERNATIONAL, INC., § | |
| § | |
| *Defendant.* § | |

**PLAINTIFF LBS INNOVATIONS, LLC AND DEFENDANT MARRIOTT INTERNATIONAL, INC.'S STIPULATED MOTION FOR DISMISSAL**

Plaintiff LBS Innovations, LLC ("LBSI") and Defendant Marriott International, Inc. ("Marriott"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims against Marriott WITH PREJUDICE (noting that no counterclaims have been filed by Marriott against LBSI), with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: April 5, 2013

Respectfully submitted,

| **BUETHER JOE & CARPENTER, LLC** | **CROWELL & MORING LLP** |
|---|---|
| By:  */s/ Niky Bukovcan*<br>Christopher M. Joe (Lead Counsel)<br>State Bar No. 00787770<br>Chris.Joe@BJCIPLaw.com<br>Eric W. Buether<br>State Bar No. 03316880<br>Eric.Buether@BJCIPLaw.com<br>Brian A. Carpenter<br>State Bar No. 03840600<br>Brian.Carpenter@BJCIPLaw.com<br>Niky Bukovcan<br>State Bar No. 24078287<br>Niky.Bukovcan@BJCIPLaw.com<br><br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas 75201<br>Telephone:  (214) 466-1278<br>Facsimile:   (214) 635-1831<br><br>**ATTORNEYS FOR PLAINTIFF LBS INNOVATIONS, LLC ("LBSI")** | */s/ John L. Cuddihy*<br>John L. Cuddihy (Admitted E.D. Tex.) (Lead Counsel)<br>jcuddihy@crowell.com<br>Brian M. Koide (Admitted E.D. Tex.)<br>bkoide@crowell.com<br><br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile:(202) 628-5116<br><br>**POTTER MINTON P.C.**<br><br>Michael E. Jones (State Bar No. 10929400)<br>mikejones@potterminton.com<br>Allen F. Gardner (State Bar No. 24043679)<br>allengardner@potterminton.com<br><br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>**ATTORNEYS FOR DEFENDANT MARRIOTT INTERNATIONAL, INC. ("MARRIOTT")** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 5th day of April, 2013. Any other counsel of record will be served by facsimile transmission.

*/s/ Niky Bukovcan*
Niky Bukovcan