UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LBS INNOVATIONS LLC., <br><br> Plaintiff, <br><br> v. <br><br> BP AMERICA INC., *et al*, <br><br> Defendants. | § § § § § § § § § § § § § Civil Action No. 2:11-cv-00407-JRG |

## **REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Comes now George L. Kanabe of Sheppard, Mullin, Richter & Hampton LLP and pursuant to Local Rule CV-11(f), requests that the clerk of this Court remove the attorneys from Sheppard, Mullin, Richter & Hampton LLP, namely George L. Kanabe, Laura L. Chapman, and Deepali Brahmbhatt, from the list of persons set to receive electronic notices for this case.

/ / /

/ / /

-2-

Dated:  September 10, 2013        Respectfully submitted,

*/s/ George L. Kanabe*
Laura L. Chapman (State Bar No. 167249)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: lchapman@sheppardmullin.com

George L. Kanabe (State Bar No. 103906)
Deepali Brahmbhatt (State Bar No. 255646)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-815-2600
Facsimile: 650-815-2601
Email: gkanabe@sheppardmullin.com
Email: dbrahmbhatt@sheppardmullin.com

Previous counsel of record for
Defendant Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this 10th day of September, 2013.

By: /s/ *George L. Kanabe*
George L. Kanabe