# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC,<br><br>v.<br><br>BP AMERICA, *et al*, | § § § § § § | Civil Action No. 2:11-cv-407<br><br>**LEAD CASE** |
| LBS INNOVATIONS, LLC,<br><br>v.<br><br>SALLY BEAUTY SUPPLY LLC, *et al*, | § § § § § § | Civil Action No. 2:11-cv-409<br><br>CONSOLIDATED |
| MICROSOFT CORPORATION<br><br>v.<br><br>LBS INNOVATIONS, LLC, | § § § § § § | Civil Action No. 2:12-cv-759<br><br>CONSOLIDATED |

**PLAINTIFF LBS INNOVATIONS, LLC AND DEFENDANT WAL-MART STORES, INC.'S STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff LBS Innovations, LLC ("LBSI") and Defendant Wal-Mart Stores, Inc. ("Walmart"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims against Walmart WITH PREJUDICE (noting that no counterclaims have been filed by Walmart against LBSI), with each Party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: September 23, 2013 | Respectfully submitted, |
| **BUETHER JOE & CARPENTER, LLC** | **WHITE & CASE, LLP** |
| By: */s/ Niky Bukovcan*<br>Christopher M. Joe (Lead Counsel)<br>State Bar No. 00787770<br>Chris.Joe@BJCIPLaw.com<br>Eric W. Buether<br>State Bar No. 03316880<br>Eric.Buether@BJCIPLaw.com<br>Brian A. Carpenter<br>State Bar No. 03840600<br>Brian.Carpenter@BJCIPLaw.com<br>Niky Bukovcan<br>State Bar No. 24078287<br>Niky.Bukovcan@BJCIPLaw.com<br>Michael D. Ricketts<br>State Bar No. 24079208<br>Mickey.Ricketts@BJCIPLaw.com<br><br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas 75201<br>Telephone:   (214) 466-1278<br>Facsimile:    (214) 635-1831<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**LBS INNOVATIONS, LLC** | */s/ Bijal Vakil*<br>Bijal V. Vakil<br><br>3000 El Camino Real<br>Bldg 5, 9th Floor<br>Palo Alto, California 94306<br>Telephone:    (650) 213-0303<br>Facsimile:     (650) 213-8158<br><br>**ATTORNEY FOR DEFENDANT WAL-MART STORES, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 23rd day of September, 2013. Any other counsel of record will be served by facsimile transmission.

*/s/ Niky Bukovcan*
Niky Bukovcan