IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, § § v. § BP AMERICA, *et al*, § § | | Civil Action No. 2:11-cv-407 **LEAD CASE** |
| LBS INNOVATIONS, LLC, § § v. § SALLY BEAUTY SUPPLY LLC, *et al*, § § | | Civil Action No. 2:11-cv-409 CONSOLIDATED |
| MICROSOFT CORPORATION § § v. § LBS INNOVATIONS, LLC, § § | | Civil Action No. 2:12-cv-759 CONSOLIDATED |

### ORDER GRANTING PARTIES' STIPULATED MOTION FOR DISMISSAL OF DEFENDANT ALDI INC. WITH PREJUDICE

Having considered Plaintiff LBS Innovations, LLC ("LBSI") and Defendant Aldi Inc.'s ("Aldi") Stipulated Motion for Dismissal of all claims and counterclaims in this action asserted between them (Dkt. No. 459), the Court finds that the motion should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims in this action asserted between LBSI and Aldi are dismissed WITH PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

**So Ordered and Signed on this**

**Sep 24, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE