**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, <br><br> v. <br><br> BP AMERICA, *et al*, | § § § § § § | Civil Action No. 2:11-cv-407 <br> **LEAD CASE** |
| LBS INNOVATIONS, LLC, <br><br> v. <br><br> SALLY BEAUTY SUPPLY LLC, *et al*, | § § § § § | Civil Action No. 2:11-cv-409 <br><br> CONSOLIDATED |
| MICROSOFT CORPORATION <br><br> v. <br><br> LBS INNOVATIONS, LLC, | § § § § § § | Civil Action No. 2:12-cv-759 <br><br> CONSOLIDATED |

**ORDER GRANTING PARTIES' STIPULATED MOTION FOR DISMISSAL OF DEFENDANT WAL-MART STORES, INC. WITH PREJUDICE**

Having considered Plaintiff LBS Innovations, LLC ("LBSI") and Defendant Wal-Mart Stores, Inc.'s ("Walmart") Stipulated Motion for Dismissal of all claims against Walmart (Dkt. No. 460), the Court finds that the motion should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff LBSI against Defendant Walmart are dismissed WITH PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

**So Ordered and Signed on this**

**Sep 24, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE