IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC,<br><br>v.<br><br>BP AMERICA, *et al*, | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:11-cv-407<br>**LEAD CASE** |
| LBS INNOVATIONS, LLC,<br><br>v.<br><br>SALLY BEAUTY SUPPLY LLC, *et al*, | §<br>§<br>§<br>§<br>§ | Civil Action No. 2:11-cv-409<br>CONSOLIDATED |
| MICROSOFT CORPORATION,<br><br>v.<br><br>LBS INNOVATIONS, LLC, | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:12-cv-759<br>CONSOLIDATED |

**ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL**

The Joint Stipulated Motion for Dismissal of all claims and counterclaims asserted between Plaintiff LBS Innovations, LLC ("LBSI") and Defendants American Express Company, Choice Hotels International, Inc., ConocoPhillips Company, Costco Wholesale Corporation, Hyatt Corporation, JPMorgan Chase & Co., KeyCorp/KeyCorp Finance, Inc., The Kroger Co., Sally Beauty Supply LLC, Starbucks Corporation d/b/a Starbucks Coffee Co., Target Corporation, U.S. Bancorp, Wells Fargo & Company Bank, N.A., (collectively "Defendants"), and Declaratory Judgment Plaintiff Microsoft Corporation ("Microsoft") (Dkt. No. 564) is **GRANTED**.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit by Plaintiff LBSI against Microsoft and the Defendants (except American Express Company) are hereby **DISMISSED WITH PREJUDICE**. It is further ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in

this suit by Microsoft against LBSI are hereby **DISMISSED WITH PREJUDICE**. In is further ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit by the Defendants (except American Express) are hereby **DISMISSED WITHOUT PREJUDICE**.

It is additionally ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit by Plaintiff LBSI against Defendant American Express Company are hereby **DISMISSED WITH PREJUDICE** except to the extent that any claim or counterclaim involves Defendant American Express Company's use of MapQuest, Inc. mapping services. It is further ORDERED, ADJUDGED that all claims and counterclaims asserted by American Express Company against LBSI are hereby **DISMISSED WITHOUT PREJUDICE**.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

So ORDERED and SIGNED this 24th day of January, 2014.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE