# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:11-cv-407 |
| v. | § | |
| | § | **LEAD CASE** |
| BP AMERICA, *et al.*, | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:11-cv-409 |
| v. | § | |
| | § | CONSOLIDATED |
| SALLY BEAUTY SUPPLY LLC, *et al.*, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATED MOTION FOR DISMISSAL

LBS Innovations, LLC ("Plaintiff") and American Express Company, Barnes & Noble, Inc., Bed Bath & Beyond Inc., SunTrust Banks, Inc., and The Home Depot U.S.A. Inc. (collectively, the "MapQuest Customer Defendants") pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them.

Plaintiff requests that its claims and causes of action (including counterclaims) in this action against the MapQuest Customer Defendants be DISMISSED WITH PREJUDICE.  The MapQuest Customer Defendants request that their claims and causes of action (including

counterclaims) in this action against Plaintiff be DISMISSED WITHOUT PREJUDICE.  Each

Party to bear its own costs, expenses and attorneys' fees.

Dated: March 17, 2014

**BUETHER JOE & CARPENTER, LLC**

By:     _/s/ Niky Bukovcan_
         Christopher M. Joe (Lead Counsel)
         State Bar No. 00787770
         Chris.Joe@BJCIPLaw.com
         Eric W. Buether
         State Bar No. 03316880
         Eric.Buether@BJCIPLaw.com
         Brian A. Carpenter
         State Bar No. 03840600
         Brian.Carpenter@BJCIPLaw.com
         Niky Bukovcan
         State Bar No. 24078287
         Niky.Bukovcan@BJCIPLaw.com
         Michael D. Ricketts
         State Bar No. 24079208
         Mickey.Ricketts@BJCIPLaw.com

         1700 Pacific Avenue
         Suite 4750
         Dallas, Texas 75201
         Telephone:     (214) 466-1278
         Facsimile:     (214) 635-1831

**ATTORNEYS FOR PLAINTIFF**
**LBS INNOVATIONS, LLC**

Respectfully submitted,

**COVINGTON & BURLING LLP**

By:     _/s/ Joseph Scott St John_
         Kevin B. Collins
         kcollins@cov.com
         George F. Pappas (_pro hac vice_)
         gpappas@cov.com
         Joseph Scott St John (_pro hac vice_)
         sstjohn@cov.com
         Brianne Bharkhda (_pro hac vice_)
         bbharkhda@cov.com

         1201 Pennsylvania Avenue, NW
         Washington, DC 20004
         Telephone: (202) 662-6000
         Facsimile: (202) 778-5594

**GILLAM & SMITH LLP**

         Harry Lee Gillam, Jr.
         (Bar No. 07921800)
         gil@gillamsmithlaw.com
         Melissa R. Smith
         (Bar No. 24001351)
         melissa@gillamsmithlaw.com

         303 South Washington Avenue
         Marshall, Texas 75670
         Telephone: (903) 934-8450
         Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANTS AMERICAN**
**EXPRESS COMPANY, BARNES & NOBLE, INC.,**
**BED BATH & BEYOND INC., HOME DEPOT**
**U.S.A., INC., AND SUNTRUST BANKS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 17th day of March, 2014.  Any other counsel of record will be served by facsimile transmission.

*/s/ Niky Bukovcan*
Niky Bukovcan

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule CV-7(h), the undersigned hereby certifies that all parties have met and conferred regarding the relief sought in the Motion on the 11th day of March, 2014, and that Defendants' counsel have indicated that they have agreed to the relief sought herein.

*/s/ Niky Bukovcan*
Niky Bukovcan