# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:11-cv-407 |
| v. | § § | **LEAD CASE** |
| BP AMERICA, *et al.*, | § § | |
| *Defendants.* | § | |

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:11-cv-409 |
| v. | § § | CONSOLIDATED |
| SALLY BEAUTY SUPPLY LLC, *et al.*, | § § | |
| *Defendants.* | § | |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff LBS Innovations, LLC ("LBSI") and Defendants Chick-Fil-A, Inc., Safeway Inc., and True Value Company (collectively "Defendants"), pursuant to the Federal Rules of Civil Procedure 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them.

Plaintiff requests that its claims and causes of action (including counterclaims) in this action against Defendants be dismissed WITH PREJUDICE.

Defendants request that their claims and causes of action (including counterclaims) in this action against Plaintiff be dismissed WITHOUT PREJUDICE.

Each party to bear its own costs, expenses and attorneys' fees.


Dated: April 8, 2014

**BUETHER JOE & CARPENTER, LLC**

By:   */s/ Niky Bukovcan*
      Christopher M. Joe (Lead Counsel)
      State Bar No. 00787770
      Chris.Joe@BJCIPLaw.com
      Eric W. Buether
      State Bar No. 03316880
      Eric.Buether@BJCIPLaw.com
      Brian A. Carpenter
      State Bar No. 03840600
      Brian.Carpenter@BJCIPLaw.com
      Niky Bukovcan
      State Bar No. 24078287
      Niky.Bukovcan@BJCIPLaw.com
      Michael D. Ricketts
      State Bar No. 24079208
      Mickey.Ricketts@BJCIPLaw.com

      1700 Pacific Avenue
      Suite 4750
      Dallas, Texas 75201
      Telephone:   (214) 466-1278
      Facsimile:   (214) 635-1831

**ATTORNEYS FOR PLAINTIFF
LBS INNOVATIONS, LLC**

Respectfully submitted,

**SEYFARTH SHAW LLP**

By:   /s/ *Daniel J. Schwartz*
      Daniel J. Schwartz (pro hac vice)
      dschwartz@seyfarth.com
      Matthew A. Werber (pro hac vice)
      mwerber@seyfarth.com
      Vincent M. Smolczynski (pro hac vice)
      vsmolczynski@seyfarth.com
      Michael R. Levinson (pro hac vice)
      mlevinson@seyfarth.com

      131 South Dearborn Street, suite 2400
      Chicago, Illinois 60603
      Telephone: (312) 460-5000
      Facsimile: (312) 460-7000

**SEYFARTH SHAW LLP**

      Misty C. Blair

      700 Louisiana Street, Suite 3700
      Houston, TX 77002-2797
      Telephone: (713) 225-2300
      Facsimile: (713) 225-2340

**ATTORNEYS FOR DEFENDANTS BEN & JERRY'S HOMEMADE HOLDINGS, INC., JO-ANN STORES, INC., PILOT TRAVEL CENTERS LLC, RANDALL'S FOOD & DRUGS LP, SAFEWAY, INC. D/B/A TOM THUMB, THE CHEESECAKE FACTORY RESTAURANTS, INC., AND DENNY'S, INC. D/B/A DENNY'S RESTAURANTS, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 8th day of April, 2014. Any other counsel of record will be served by facsimile transmission.

                                                     */s/ Niky Bukovcan*
                                                     Niky Bukovcan